### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMBROSIO SOLANO-DE LA CRUZ** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO.  26-3106** |
| | **:** | |
| **J.L. JAMISON,** *et al.* | **:** | |

## <u>ORDER</u>

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 8) of our May 19, 2026 order (DI 7), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**